UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                        :        18 Cr. 358 (WHP)

Michael Whitaker,                                       :        <u>ORDER</u>
                         Defendant.        :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Monday, December 21, 2020 at 4:30 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated:  December 21, 2020
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.