UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :

           -against-                                       :          18 Cr. 358 (WHP)

Michael Whitaker,                                       :          <u>ORDER</u>
                           Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, March 16, 2021 at 3:30 p.m. regarding defendant's supervision. The dial-in number is 888-363-4749, passcode 3070580.

Dated: March 11, 2021
       New York, New York

                                                SO ORDERED:

                                                WILLIAM H. PAULEY III
                                                      U.S.D.J.