UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :

UNITED STATES OF AMERICA         :         PROTECTIVE ORDER

          -v.-                          :         S1 18 Cr. 358 (WHP)

MICHAEL WHITAKER,              :

                    Defendant.        :

------------------------------------------------------------x

      Upon the application of the United States of America, Audrey Strauss, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Robert B. Sobelman, of counsel, for an order precluding the dissemination of materials produced to the defendant in relation to the pending alleged violations of supervised release (the "VOSR Materials"), with the consent of the defendant, and for good cause shown,

      IT IS HEREBY ORDERED that counsel for the defendant must destroy or return to the Government all materials produced by the Government to the defendant in relation to the alleged violations of supervised release pending against the defendant, at the later of either the conclusion of any hearing held in connection with the pending alleged violations or when any appeal from any such hearing has become final.

IT IS FURTHER ORDERED THAT the defense is prohibited from disseminating any of the VOSR Materials and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense, except during Court proceedings at trial.

Dated: New York, New York

March 17, 2021

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.