UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                    :        18 Cr. 358 (WHP)

Michael Whitaker,                                   :        ORDER
                           Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, March 30, 2021 at 3:30 p.m. regarding defendant's supervision. The dial-in number is 888-363-4749, passcode 3070580.

Dated: March 25, 2021
       New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                      U.S.D.J.