UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-
                                  :        18 CR 358

**Michael Whitaker**,                                          :

                                             ORDER
                 Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The United States Marshal Service is directed to release defendant Michael Whitaker, USMS # 85851-54, from the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, into the custody of his father, Michael Whitaker, on April 1, 2021 at 9:30 a.m. so that Defendant may be transported to an in-patient drug treatment program at BASICS in the Bronx, NY.

Dated: March 30, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.