UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-
                                     :          18 cr 358

**Michael Whitaker**,                          :
                                                     <u>ORDER</u>
                  Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

            The defendant shall participate in the BASICS in-patient drug treatment program for a minimum of nine months as approved by the Probation Office.  The program may include testing to determine if he has reverted to using drugs or alcohol,.  The defendant shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments.  The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

Dated: March 30, 2021
       New York, New York

                                                            SO ORDERED:

                                                             WILLIAM H. PAULEY III
                                                                  U.S.D.J.