UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-

                                  :         18 cr 358

**Michael Whitaker**,                    :

                                         <u>ORDER</u>

                     Defendant.        :
----------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

In addition to all the standard and special conditions previously imposed by this Court on Defendant, the following are imposed:

1. Defendant shall execute a bond or an agreement to forfeit upon failing to appear as required, or for any violation of any condition(s) of release, the following sum of money/designated property: $5,000 to be secured by a personal recognizance bond to be secured by the defendant's father, Michael Whitaker.

2. Defendant shall be transported by his father from the United States Courthouse to BASICS, the in-patient treatment program in the Bronx, N.Y., where he will remain for a minimum of 9 months.

3. Defendant shall have no contact with either complainant in his open state court cases outside the presence of his counsel.

Dated: March 30, 2021
       New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                           U.S.D.J.