UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

        -against-
                                        :         18 CR 358

**Michael Whitaker**,                                   :
                                                        ORDER
                   Defendant.             :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The conference scheduled for May 25, 2021 is adjourned to August 18, 2021 at 2:00 p.m.  The dial-in is 888-363-4749, passcode 3070580.

Dated: May 21, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.