```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                :

UNITED STATES OF AMERICA,        :

                    -v-                       :        1:18-cr-00358-GHW-2

MICHAEL WHITAKER,            :        <u>ORDER</u>

                          Defendant.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      It is hereby ORDERED that the arraignment as to Michael Whitaker on the Violation of Supervised Release, 1:18-cr-358-02, will now take place on July 26, 2021 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant is ordered to appear at that place and time.

      SO ORDERED.

Dated: July 26, 2021
       New York, New York

                                                                    GREGORY H. WOODS
                                                                United States District Judge