```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA      :
:     **ORDER**
- v. -                         :
:     S1 18 Cr. 358 (GHW)
MICHAEL WHITAKER,             :
:
Defendant.            :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS on July 26, 2021, the Court ordered that the defendant be detained pending the resolution of the alleged violations of supervised release contained in the Third Amended Violation Report, dated July 13, 2021;

IT IS HEREBY ORDERED THAT:

The defendant shall surrender to the United States Marshals Service for the Southern District of New York (the "USMS") on July 27, 2021, at 12:00 p.m., outside the Worth Street entrance to 500 Pearl Street, New York, New York. Upon his arrival at that location, the defendant or his counsel is required to notify the USMS of the defendant's arrival by calling 212-331-7070. The defendant shall thereafter be detained pending the resolution of the alleged violations of supervised release contained in the Third Amended Violation Report, dated July 13, 2021.

SO ORDERED:

Dated:    New York, New York
         July   26  , 2021

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE