UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-

    MICHAEL WHITAKER,

                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021

1:18-cr-00358-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

A hearing is scheduled to take place in this matter on **August 24, 2021 at 10:00 a.m**. in **Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, **500 Pearl Street**, New York, New York 10007.

Each of the parties is directed to submit to the Court two courtesy copies of the exhibits that it will introduce during the hearing no later than **August 10, 2021**. Courtesy copies should be double-sided, three-hole punched, tabbed, and placed in binders. The spines of the binders should be labeled to include the name of the case, the case number, and the nature of the materials included in the binder. The parties are also directed to mail the Court two USB drives containing all of the exhibits in separate, individually labeled and OCRed PDFs.

The Court directs the United States to produce Mr. Whitaker for the hearing.

SO ORDERED.

Dated: July 26, 2021
New York, New York

                                                    GREGORY H. WOODS
                                                  United States District Judge