```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOTICE OF MOTION FOR JUDGMENT OF DEFAULT ON FORFEITURE OF THE BOND |
| | : | |
| - v. - | : | S1 18 Cr. 358 (GHW) |
| MICHAEL WHITAKER, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that, upon the annexed declaration of Robert B. Sobelman, Assistant United States Attorney, dated July 29, 2021, and upon all papers and prior proceedings herein, the United States of America hereby moves before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, for an order and a judgment of default pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure of the $5,000 appearance bond for defendant Michael Whitaker (the "defendant"), signed by the defendant and co-signed by Michael Whitaker, Sr.

Dated: New York, New York
July 29, 2021

AUDREY STRAUSS
United States Attorney

By: _____
Robert B. Sobelman
Assistant United States Attorney
Tel. No.: (212) 637-2616

TO:   John F. Kaley, Esq. (by ECF)
      Michael Whitaker, Sr. (by certified mail)

Application granted. The Court has entered an order to this effect and has directed that it be submitted to the Clerk of Court. The Government is directed to mail a copy of this order to Mr. Whitaker, Sr.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 97.
SO ORDERED.
Dated: July 29, 2021                    _____
New York, New York                       GREGORY H. WOODS
                                         United States District Judge