```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    8/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    - v -       :

MICHAEL WHITAKER,       :

    Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER AND JUDGMENT OF FORFEITURE OF BAIL**

S1 18 Cr. 358 (GHW)

This cause having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Robert B. Sobelman, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the bail securing the release of defendant Michael Whitaker be forfeited and that the United States of America have and recover judgment against defendant Michael Whitaker, and surety Michael Whitaker, Sr., jointly and severally, in the sum of $5,000 and that the United States have execution therefore.

Dated: New York, New York
       July 29, 2021

                                               HON. GREGORY H. WOODS
                                               UNITED STATES DISTRICT JUDGE
                                               SOUTHERN DISTRICT OF NEW YORK

JUDGMENT ENTERED:

_____
Ruby J. Krajick
Clerk of the Court
Southern District of New York