UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                       :

  UNITED STATES OF AMERICA,        :

                                                      :

               -v-                         :        1:18-cr-358-GHW-2

                                                     :

  MICHAEL WHITAKER,               :        <u>ORDER</u>

                                                     :

                                  Defendant(s).  :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021

GREGORY H. WOODS, United States District Judge:

       The proceeding scheduled in this matter for December 21, 2021 is adjourned to January 10, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: December 21, 2021
       New York, New York

                                                        _____
                                                          GREGORY H. WOODS
                                                       United States District Judge